| | |
|---|---|
| 1 | STEPHEN N. HOLLMAN, ESQ., STATE BAR NO. 055219 |
| 2 | Business & Technology Law Group<br>160 W. Santa Clara Street, Suite 1050 |
| 3 | San Jose, CA 95113<br>Telephone (408) 282-1949 |
| 4 | Facsimile (408) 275-9930 |
| 5 | Attorneys for Defendant and Counterclaimant,<br>Built Entertainment Group, Inc. |

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CASTALINE, an individual and sole proprietor d/b/a AANRAKU STUDIOS,<br><br>Plaintiff,<br><br>vs.<br><br>AARON MUELLER ARTS, FINDINGS FOR FUSED, AARON MUELLER, RONDA MUELLER, and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | CASE NO. C 09 2543 CRB<br><br>NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS, AND [~~PROPOSED~~] ORDER<br><br>**<u>NO HEARING REQUESTED</u>**<br><br>[Electronic signatures permitted] |

TO HON. CHARLES E. BREYER AND TO CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN, ATTORNEYS FOR PLAINTIFF:

Please take notice that effective as of September 29, 2009 defendants, Aaron Mueller Arts, Findings for Fused, Aaron Mueller, and Ronda Mueller, and each of them, hereby substitute Stephen N. Hollman of Business & Technology Law Group as their attorney of record in this action in place of Bruce Charles Piontkowski, Curtis R. Tingley, and Jonathan Andrew McMahon, all of Tingley Piontkowsli LLP, 10 Alamaden Boulevard, Suite 430, San Jose, CA 95113.

Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113

CASE NO C 09 2543 CRB
NOTICE OF SUBSTITUTION OF
COUNSEL FOR DEFTS. AND
[PROPOSED] ORDER

Page 1

It is respectfully requested that all pleadings, orders, and notices, should as of the date of such substitution and henceforth, be served upon Stephen N. Hollman, Business & Technology Law Group, 160 W. Santa Clara St., Suite 1050, San Jose, CA 95113; telephone number (408) 282-1949; facsimile number (408) 275-9930; E-Mail rrr@businessandtechnologylawgroup.com.

As a named defendant in the above-referenced matter, I hereby consent to the foregoing Substitution of Counsel:

DATED: September 29, 2009    Aaron Mueller Arts

By: _____
    Aaron Mueller

As a named defendant in the above-referenced matter, I hereby consent to the foregoing Substitution of Counsel:

DATED: September 29, 2009    Findings for Fused

By: _____
    Aaron Mueller

As a named defendant in the above-referenced matter, I hereby consent to the foregoing Substitution of Counsel:

DATED: September 29, 2009

_____
Aaron Mueller

As a named defendant in the above-referenced matter, I hereby consent to the foregoing Substitution of Counsel:

DATED: September 29, 2009

_____
Ronda Mueller

I hereby consent to the foregoing Substitution of Counsel:

DATED: September 29, 2009    BUSINESS & TECHNOLOGY LAW GROUP

By:    /s/ Stephen N. Hollman
       Stephen N. Hollman,
       Attorneys for Defendants

Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113

CASE NO C 09 2543 CRB
NOTICE OF SUBSTITUTION OF
COUNSEL FOR DEFTS. AND
[PROPOSED] ORDER

Page 2

# ~~[PROPOSED]~~ ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED that the substitution of counsel for defendants, and each of them, in the this action is allowed, and that Stephen N. Hollman of Business & Technology Law Group is to appear for defendants, and each of them, in place of Bruce Charles Piontkowski, Curtis R. Tingley, and Jonathan Andrew McMahon, all of Tingley Piontkowski LLP.

DATED: Otober 5, 2009



Hon. Charles E. Breyer
United States District Judge

Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113

CASE NO C 09 2543 CRB
NOTICE OF SUBSTITUTION OF
COUNSEL FOR DEFTS. AND
[PROPOSED] ORDER

Page 3