1 | STEPHEN N. HOLLMAN, ESQ., STATE BAR NO. 055219
Business & Technology Law Group
2 | 160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113
3 | Telephone (408) 282-1949
Facsimile (408) 275-9930
4 |
Attorneys for Defendant and Counterclaimant,
5 | Built Entertainment Group, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CASTALINE, an individual and sole proprietor d/b/a AANRAKU STUDIOS, <br><br> Plaintiff, <br><br> vs. <br><br> AARON MUELLER ARTS, FINDINGS FOR FUSED, AARON MUELLER, RONDA MUELLER, and DOES 1 THROUGH 10, inclusive, <br><br> Defendants. | CASE NO. C 09 2543 CRB <br><br> NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS, AND [~~PROPOSED~~] ORDER <br><br> **NO HEARING REQUESTED** <br><br> [Electronic signatures permitted] |

TO HON. CHARLES E. BREYER AND TO CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN, ATTORNEYS FOR PLAINTIFF:

Please take notice that effective as of September 29, 2009 defendants, Aaron Mueller Arts, Findings for Fused, Aaron Mueller, and Ronda Mueller, and each of them, hereby substitute Stephen N. Hollman of Business & Technology Law Group as their attorney of record in this action in place of Bruce Charles Piontkowski, Curtis R. Tingley, and Jonathan Andrew McMahon, all of Tingley Piontkowsli LLP, 10 Alamaden Boulevard, Suite 430, San Jose, CA 95113.

Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113

CASE NO C 09 2543 CRB
NOTICE OF SUBSTITUTION OF
COUNSEL FOR DEFTS. AND
[PROPOSED] ORDER

Page 1

1  It is respectfully requested that all pleadings, orders, and notices, should as of the date of
2  such substitution and henceforth, be served upon Stephen N. Hollman, Business & Technology
3  Law Group, 160 W. Santa Clara St., Suite 1050, San Jose, CA 95113; telephone number (408)
4  282-1949; facsimile number (408) 275-9930; E-Mail rrr@businessandtechnologylawgroup.com.

5

6  As a named defendant in the above-referenced matter, I hereby consent to the foregoing
7  Substitution of Counsel:

8  DATED: September 29, 2009          Aaron Mueller Arts
9                                     By: _____
                                       Aaron Mueller
10

11 As a named defendant in the above-referenced matter, I hereby consent to the foregoing
12 Substitution of Counsel:

13 DATED: September 29, 2009          Findings for Fused
14                                    By: _____
                                       Aaron Mueller
15

16 As a named defendant in the above-referenced matter, I hereby consent to the foregoing
17 Substitution of Counsel:

18 DATED: September 29, 2009          _____
                                       Aaron Mueller
19

20 As a named defendant in the above-referenced matter, I hereby consent to the foregoing
21 Substitution of Counsel:

22 DATED: September 29, 2009          _____
                                       Ronda Mueller
23

24 I hereby consent to the foregoing Substitution of Counsel:

25 DATED: September 29, 2009          BUSINESS & TECHNOLOGY LAW GROUP

26
                                       By:  /s/ Stephen N. Hollman
27                                          Stephen N. Hollman,
                                            Attorneys for Defendants
28

Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113

CASE NO C 09 2543 CRB
NOTICE OF SUBSTITUTION OF
COUNSEL FOR DEFTS. AND
[PROPOSED] ORDER

Page 2

|   |   |
|---|---|
| 1 | [~~PROPOSED~~] ORDER |

2   Good cause appearing therefor, IT IS HEREBY ORDERED that the substitution of
3 counsel for defendants, and each of them, in the this action is allowed, and that Stephen N.
4 Hollman of Business & Technology Law Group is to appear for defendants, and each of them, in
5 place of Bruce Charles Piontkowski, Curtis R. Tingley, and Jonathan Andrew McMahon, all of
6 Tingley Piontkowski LLP.

8   DATED: Otober 5    , 2009



Hon. Charles E. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113

CASE NO C 09 2543 CRB
NOTICE OF SUBSTITUTION OF
COUNSEL FOR DEFTS. AND
[PROPOSED] ORDER

Page 3