CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
  Barry J. Parker, Esq. (Bar No. 151732)
  John D. Minton, Esq. (Bar No. 223823)
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone: (650) 342-9600
Facsimile: (650) 342-7685
Email: jminton@carr-mcclellan.com

Attorneys for Plaintiff
JEFFREY CASTALINE d/b/a
AANRAKU GLASS STUDIOS

BUSINESS AND TECHNOLOGY LAW GROUP
  Stephen N. Hollman, Esq. (Bar No. 55219)
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113
Telephone: (408) 282-1949
Facsimile: (408) 275-9930
Email: fff@businessandtechnologylawgroup.com

Attorneys for Defendants
AARON MUELLER ARTS, FINDINGS FOR FUSED,
AARON MUELLER, AND RONDA MUELLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY CASTALINE, an individual and sole proprietor d/b/a AANRAKU GLASS STUDIOS,<br><br>    Plaintiff,<br><br>v.<br><br>AARON MUELLER ARTS,<br>FINDINGS FOR FUSED,<br>AARON MUELLER<br>RONDA MUELLER,<br>and DOES 1 THROUGH 10, inclusive,<br><br>    Defendants. | Case No. CV 09-2543 CRB<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING DEADLINE FOR MEDIATION; [~~PROPOSED~~] ORDER**<br><br>**[L.R. 6-2]** |

STIPULATION CV 09-2543 CRB

| | |
|---|---|
| 1 | Pursuant to Civ. L.R. 6-2, for the reasons set forth below, the parties to the above-captioned action stipulate to an order extending the deadline for the completion of mediation in this action. |

## **STIPULATION**

WHEREAS, the current deadline for completion of mediation is November 30, 2009;

WHEREAS, no trial date has yet been set in this case;

WHEREAS, the parties have had two preliminary telephone conferences with the appointed mediator, Jonathan Schmidt, and have a third call with Mr. Schmidt provisionally scheduled for December 18, 2009;

WHEREAS, Defendants have filed a motion for leave to file a First Amended Answer and to assert a Counterclaim, which motion is currently scheduled to be heard on December 11, 2009, and Defendants believe the state of the pleadings must be settled, the case be at issue, and they have an opportunity to propound discovery and receive responses to such discovery before any meaningful mediation can take place;

WHEREAS, the Court has calendared for the same date as Defendants' motion, December 11, 2009, a Case Management Conference;

WHEREAS, for these reasons, the parties wish for the mediation to be scheduled for a date in 2010;

WHEREAS, moving the deadline for the completion of mediation would not affect any other deadline in the case;

WHEREAS, there have been no previous time modifications in the case;

WHEREAS, Aanraku believes a mediation deadline of January 31, 2010 is appropriate;

WHEREAS, Defendants strongly believe a mediation deadline of March 31, 2010 is appropriate;

NOW, THEREFORE, the parties hereby stipulate that the deadline for the completion of mediation should be extended until no earlier than January 31, 2010 or no later than March 31, 2010, or such other date in 2010 as the Court may deem appropriate in the circumstances.

IT IS SO STIPULATED.

Dated: November 20, 2009     CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
                             Professional Law Corporation

                             By: _____/s/_____
                                 John D. Minton
                                 Attorneys for Plaintiff
                                 JEFFREY CASTALINE d/b/a
                                 AANRAKU GLASS STUDIOS

Dated: November 20, 2009     BUSINESS & TECHNOLOGY LAW GROUP

                             By: _____/s/_____
                                 Stephen N. Hollman, Esq.
                                 Attorneys for Defendants
                                 AARON MUELLER ARTS, FINDINGS FOR FUSED,
                                 AARON MUELLER, AND RONDA MUELLER

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest that concurrence in the filing of this document has been obtained from its signatory.

Dated: November 20, 2009

                             _____/s/_____
                             John D. Minton

## [PROPOSED] ORDER

The Court having considered the parties' stipulation to extend the deadline from the completion of the mediation, and good cause appearing, the request is hereby GRANTED. The current deadline for mediation, November 30, 2009, is VACATED.

The new deadline for the completion of mediation is March 10, 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 24, 2009

                             _____
                             UNITED STATES DISTRICT JUDGE
                             IT IS SO ORDERED
                             Judge Charles R. Breyer

29195-00001\iManage\3133861.2

- 3 -                                          STIPULATION CV 09-2543 CRB