1 | CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
2 |     Barry J. Parker, Esq. (Bar No. 151732)
    John D. Minton, Esq. (Bar No. 223823)
3 | 216 Park Road
P.O. Box 513
4 | Burlingame, California  94011-0513
Telephone:  (650) 342-9600
5 | Facsimile:  (650) 342-7685
Email:  jminton@carr-mcclellan.com
6 |
Attorneys for Plaintiff
7 | JEFFREY CASTALINE d/b/a
AANRAKU GLASS STUDIOS
8 |
BUSINESS AND TECHNOLOGY LAW GROUP
9 |     Stephen N. Hollman, Esq. (Bar No. 55219)
160 W. Santa Clara Street, Suite 1050
10 | San Jose, CA  95113
Telephone: (408) 282-1949
11 | Facsimile:  (408) 275-9930
Email:  fff@businessandtechnologylawgroup.com
12 |
Attorneys for Defendants
13 | AARON MUELLER ARTS, FINDINGS FOR FUSED,
AARON MUELLER, AND RONDA MUELLER
14 |

15 | UNITED STATES DISTRICT COURT

16 | NORTHERN DISTRICT OF CALIFORNIA

17 | SAN FRANCISCO DIVISION

18 | JEFFREY CASTALINE, an individual and sole proprietor d/b/a AANRAKU GLASS STUDIOS,

          Plaintiff,

     v.

AARON MUELLER ARTS,
FINDINGS FOR FUSED,
AARON MUELLER
RONDA MUELLER,
and DOES 1 THROUGH 10, inclusive,

          Defendants.

Case No.  CV 09-2543 CRB

**STIPULATED REQUEST FOR ORDER EXTENDING DEADLINE FOR MEDIATION; [PROPOSED] ORDER**

**[L.R. 6-2]**

STIPULATION  CV 09-2543 CRB

1    Pursuant to Civ. L.R. 6-2, for the reasons set forth below, the parties to the above-
2 captioned action stipulate to an order extending the deadline for the completion of mediation in
3 this action.

4                                    **STIPULATION**

5    WHEREAS, the current deadline for completion of mediation is November 30, 2009;

6    WHEREAS, no trial date has yet been set in this case;

7    WHEREAS, the parties have had two preliminary telephone conferences with the
8 appointed mediator, Jonathan Schmidt, and have a third call with Mr. Schmidt provisionally
9 scheduled for December 18, 2009;

10   WHEREAS, Defendants have filed a motion for leave to file a First Amended Answer and
11 to assert a Counterclaim, which motion is currently scheduled to be heard on December 11, 2009,
12 and Defendants believe the state of the pleadings must be settled, the case be at issue, and they
13 have an opportunity to propound discovery and receive responses to such discovery before any
14 meaningful mediation can take place;

15   WHEREAS, the Court has calendared for the same date as Defendants' motion, December
16 11, 2009, a Case Management Conference;

17   WHEREAS, for these reasons, the parties wish for the mediation to be scheduled for a
18 date in 2010;

19   WHEREAS, moving the deadline for the completion of mediation would not affect any
20 other deadline in the case;

21   WHEREAS, there have been no previous time modifications in the case;

22   WHEREAS, Aanraku believes a mediation deadline of January 31, 2010 is appropriate;

23   WHEREAS, Defendants strongly believe a mediation deadline of March 31, 2010 is
24 appropriate;

25   NOW, THEREFORE, the parties hereby stipulate that the deadline for the completion of
26 mediation should be extended until no earlier than January 31, 2010 or no later than March 31,
27 2010, or such other date in 2010 as the Court may deem appropriate in the circumstances.

28

IT IS SO STIPULATED.

Dated: November 20, 2009          CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
                                  Professional Law Corporation


                                  By:         /s/
                                        John D. Minton
                                        Attorneys for Plaintiff
                                        JEFFREY CASTALINE d/b/a
                                        AANRAKU GLASS STUDIOS

Dated: November 20, 2009          BUSINESS & TECHNOLOGY LAW GROUP


                                  By:         /s/
                                        Stephen N. Hollman, Esq.
                                        Attorneys for Defendants
                                        AARON MUELLER ARTS, FINDINGS FOR FUSED,
                                        AARON MUELLER, AND RONDA MUELLER

Filer's Attestation:  Pursuant to General Order No. 45, § X(B), I attest that concurrence in the filing of this document has been obtained from its signatory.

Dated:  November 20, 2009
                                                   /s/
                                              John D. Minton


## [PROPOSED] ORDER

The Court having considered the parties' stipulation to extend the deadline from the completion of the mediation, and good cause appearing, the request is hereby GRANTED.  The current deadline for mediation, November 30, 2009, is VACATED.

The new deadline for the completion of mediation is  March 10, 2010       .

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:   November 24, 2009

                                              IT IS SO ORDERED
                                        UNITED STATES DISTRICT JUDGE
                                              Judge Charles R. Breyer

29195-00001\iManage\3133861.2

- 3 -                              STIPULATION CV 09-2543 CRB