IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CASTALINE,<br><br>    Plaintiff,<br><br>  v.<br><br>AARON MUELLER ARTS, et al.,<br><br>    Defendants. | No. CV 09-02543 CRB<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE A FIRST AMENDED ANSWER AND FOR LEAVE TO ASSERT A COUNTERCLAIM** |

Now pending before the Court is Defendants' Motion for Leave to File a First Amended Answer and for Leave to Assert a Counterclaim. The Court has reviewed Defendants' papers, as well as the statement of Non-Opposition filed by Plaintiffs. After carefully considering the parties' submissions, and good cause appearing therefor, the Court hereby GRANTS the Motion for Leave to File a First Amended Answer and for Leave to Assert a Counterclaim, and further ORDERS that the First Amended Answer, attached as Exhibit A to the Motion, and the Counterclaim, attached as Exhibit B to the Motion, are deemed submitted as of the date of this order. The motion hearing currently on calendar for 10:00 a.m. on December 11, 2009 is hereby VACATED, although the case management conference set for 8:30 a.m. on the same day shall go forward.

**IT IS SO ORDERED.**

Dated: December 3, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\2543\order re amended answer.wpd