| | |
|---|---|
| 1 | CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN |
|   | Professional Law Corporation |
| 2 |   Barry J. Parker, Esq., State Bar No. 151732 |
|   |   John D. Minton, Esq., State Bar No. 223823 |
| 3 | 216 Park Road |
|   | P.O. Box 513 |
| 4 | Burlingame, California  94011-0513 |
|   | Telephone:  (650) 342-9600 |
| 5 | Facsimile:  (650) 342-7685 |
|   | Email:  jminton@carr-mcclellan.com |

Attorneys for Plaintiff and Counterdefendant
JEFFREY CASTALINE d/b/a
AANRAKU GLASS STUDIOS

BUSINESS & TECHNOLOGY LAW GROUP
Stephen N. Hollman, Esq., State Bar No. 55219
160 W. Santa Clara Street, Suite 1050
San Jose, CA  95113
Telephone:  (408) 282-1949
Facsimile:  (408) 275-9930
E-Mail:  shollman@businessandtrechnologylawgroup.com

Attorneys for Defendants and Counterclaimants,
AARON MUELLER ARTS, FINDINGS FOR FUSED
AARON MUELLER, AND RONDA MUELLER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CASTALINE, an individual and sole proprietor d/b/a AANRAKU STUDIOS, | CASE NO. C 09 2543 CRB |
| Plaintiff, | **STIPULATED REQUEST FOR ORDER EXTENDING DEADLINE FOR MEDIATION AND [~~PROPOSED~~] ORDER, AND STIPULATED REQUEST FOR ORDER EXTENDING DATE FOR CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER** |
| vs. | |
| AARON MUELLER ARTS, FINDINGS FOR FUSED, AARON MUELLER, RONDA MUELLER, and DOES 1 THROUGH 10, inclusive, | [Civ.L.R. 6-2(a)] |
| Defendants. | |

CASE NO  C 09 2543 CRB
STIP. REQ. FOR ORDER EXT.
MED. DEADLINE & STIP REQ.
FOR ORDER EXT.DATE OF
CASE MANAGEMENT CONF.

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11 | AARON C. MUELLER, individually and as he does business under the trade names and styles of AARON MUELLER ARTS and FINDINGS FOR FUSED, and RONDA MUELLER, individually and as she does business under the trade names and styles of AARON MUELLER ARTS and FINDINGS FOR FUSED<br><br>    Counterclaimants,<br><br>vs.<br><br>JEFFREY J. CASTALINE, an individual and sole proprietor d/b/a AANRAKU GLASS STUDIOS,<br><br>    Counterdefendant. |

Pursuant to Civ.L.R. 6-2(a), for the reasons set forth below, the parties to the above-captioned action stipulate to (i) an order extending the deadline for the completion of mediation in this action; and (ii) an order extending the date of the April 2, 2010 Case Management Conference to April 30, 2010 or to such other date as may be convenient to the Court.

**STIPULATION**

1. The current deadline for completion of mediation is March 10, 2010;

2. No trial date has yet been set in this action;

3. The parties and the appointed mediator, Jonathan Schmidt, have agreed on a mediation date of March 31, 2010 with a trail date of April 1, 2010;

4. The foregoing mediation date(s) will permit the parties to complete their respective pre-mediation discovery needed before a meaningful mediation can take place;

5. The date for the completion of the mediation should be April 16, 2010 so as to afford any time deemed necessary by the mediator to follow up with the parties, and for the parties to conclude any written settlement agreement that may result from the mediation;

6. The Court has calendared a Case Management Conference for April 2, 2010;

CASE NO C 09 2543 CRB
STIP. REQ. FOR ORDER EXT.
MED. DEADLINE & STIP REQ.
FOR ORDER EXT.DATE OF
CASE MANAGEMENT CONF

Page 2

7. Because the Case Management Statement for an April 2, 2010 Case Management Conference would be due to be filed with the Court prior to commencement of the mediation, the parties respectfully request that the April 2, 2010 Case Management Conference be continued to April 30, 2010 or such other date as may be convenient to the Court;

8. There have been no prior requests for the continuance or resetting of any previous Case Management Conference;

9. Moving the deadline for completion of the mediation and extending the date for the April 2, 2010 Case Management Conference would not affect any other deadline in the case; and

10. Therefore, the parties stipulate that (i) the deadline for completion of the mediation should be extended until April 16, 2010; and (ii) the Case Management Conference currently calendared for April 2, 2010 should be extended to April 30, 2010 or such other date as may be convenient to the Court.

IT IS SO STIPULATED.

DATED: February 25, 2010

CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN

By:   /s/ *John D. Minton*
John D. Minton,
Attorneys for Plaintiff
and Counterdefendant

DATED: February 25, 2010

BUSINESS & TECHNOLOGY LAW GROUP

By:   /s/ *Stephen N. Hollman*
Stephen N. Hollman,
Attorneys for Defendants
and Counterclaimants

//

//

//

CASE NO C 09 2543 CRB
STIP. REQ. FOR ORDER EXT.
MED. DEADLINE & STIP REQ.
FOR ORDER EXT.DATE OF
CASE MANAGEMENT CONF

Page 3

## [PROPOSED] ORDER

The Court having considered the parties' stipulation to extend the deadline for completion of the mediation to April 16, 2010 and to extend the date of the April 2, 2010 Case Management Conference to April 30, 2010, and good cause appearing, the request is hereby GRANTED. The current deadline for completion of the mediation, March 10, 2010, is VACATED. The new deadline for completion of the mediation is April 16, 2010, and the April 2, 2010 Case Management Conference is re-calendared to 10:00 a.m. on April 30, 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  March 1, 2010



_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

CASE NO C 09 2543 CRB
STIP. REQ. FOR ORDER EXT.
MED. DEADLINE & STIP REQ.
FOR ORDER EXT.DATE OF
CASE MANAGEMENT CONF