CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
  Barry J. Parker, Esq., State Bar No. 151732
  John D. Minton, Esq., State Bar No. 223823
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone: (650) 342-9600
Facsimile: (650) 342-7685
Email: jminton@carr-mcclellan.com

Attorneys for Plaintiff and Counterdefendant
JEFFREY CASTALINE d/b/a
AANRAKU GLASS STUDIOS

BUSINESS & TECHNOLOGY LAW GROUP
Stephen N. Hollman, Esq., State Bar No. 55219
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113
Telephone: (408) 282-1949
Facsimile: (408) 275-9930
E-Mail: shollman@businessandtrechnologylawgroup.com

Attorneys for Defendants and Counterclaimants,
AARON MUELLER ARTS, FINDINGS FOR FUSED
AARON MUELLER, AND RONDA MUELLER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CASTALINE, an individual and sole proprietor d/b/a AANRAKU STUDIOS,<br><br>    Plaintiff,<br><br>vs.<br><br>AARON MUELLER ARTS,<br>FINDINGS FOR FUSED,<br>AARON MUELLER,<br>RONDA MUELLER, and<br>DOES 1 THROUGH 10, inclusive,<br><br>    Defendants.<br><br><br><br>AARON C. MUELLER, individually and as he does business under the trade names | CASE NO. C 09 2543 CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>**[Electronic signatures permitted]** |

| | |
|---|---|
| and styles of AARON MUELLER ARTS and FINDINGS FOR FUSED, and RONDA MUELLER, individually and as he does business under the trade names and styles of AARON MUELLER ARTS and FINDINGS FOR FUSED | )<br>)<br>)<br>)<br>)<br>) |
| Counterclaimants, | ) |
| vs. | ) |
| JEFFREY J. CASTALINE, an individual and sole proprietor d/b/a AANRAKU GLASS STUDIOS, | )<br>)<br>) |
| Counterdefendant. | ) |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Counterdefendant, Jeffrey J. Castaline, and Defendants and Counterclaimants, Aaron Mueller, Ronda Mueller, Aaron Mueller Arts, and Findings for Fused, acting through their undersigned attorneys of record in this action stipulate that this action, including, but not limited to, the Complaint, the First Amended Counterclaim, and the Affirmative Defenses of each of the parties are to be dismissed in its entirety with prejudice.

Dated: March 31, 2010  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation

By: _____/s/ *John D. Minton*_____
John D. Minton,
Attorneys for Plaintiff and
Counterdefendant

Dated: March 31, 2010  BUSINESS & TECHNOLOGY LAW GROUP

By: _____/s/ *Stephen N. Hollman*_____
Stephen N. Hollman,
Attorneys for Defendants and
Counterclaimants

//

//

//

| | |
|---|---|
| 1 | **[~~PROPOSED~~] ORDER** |
| 2 | After consideration of the foregoing, IT IS HEREBY ORDERED that this action, including, |
| 3 | but not limited to, the Complaint, the First Amended Counterclaim, and the Affirmative Defenses of |
| 4 | each of the parties are to be dismissed in its entirety with prejudice. |
| 6 | DATED: April _1_, 2010 |



Hon. Charles R. Breyer
United S...