1  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
    Professional Law Corporation
2     Barry J. Parker, Esq., State Bar No. 151732
      John D. Minton, Esq., State Bar No. 223823
3  216 Park Road
   P.O. Box 513
4  Burlingame, California  94011-0513
   Telephone:  (650) 342-9600
5  Facsimile:  (650) 342-7685
   Email:  jminton@carr-mcclellan.com
6
   Attorneys for Plaintiff and Counterdefendant
7  JEFFREY CASTALINE d/b/a
   AANRAKU GLASS STUDIOS
8
   BUSINESS & TECHNOLOGY LAW GROUP
9  Stephen N. Hollman, Esq., State Bar No. 55219
   160 W. Santa Clara Street, Suite 1050
10 San Jose, CA  95113
   Telephone:  (408) 282-1949
11 Facsimile:  (408) 275-9930
   E-Mail:  shollman@businessandtrechnologylawgroup.com
12
   Attorneys for Defendants and Counterclaimants,
13 AARON MUELLER ARTS, FINDINGS FOR FUSED
   AARON MUELLER, AND RONDA MUELLER
14

15                    UNITED STATES DISTRICT COURT

16                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

18 | JEFFREY CASTALINE, an individual       ) CASE NO. C 09 2543 CRB
   | and sole proprietor d/b/a AANRAKU     )
19 | STUDIOS,                               )
   |                                        ) **JOINT STIPULATION AND [PROPOSED]**
20 |     Plaintiff,                         ) **ORDER FOR DISMISSAL WITH PREJUDICE OF**
   |                                        ) **ENTIRE ACTION**
21 | vs.                                    )
   |                                        )
22 | AARON MUELLER ARTS,                    ) **[Electronic signatures permitted]**
   | FINDINGS FOR FUSED,                    )
23 | AARON MUELLER,                         )
   | RONDA MUELLER, and                     )
24 | DOES 1 THROUGH 10, inclusive,          )
   |                                        )
25 |     Defendants.                        )
   |                                        )
26 |_____)
   |                                        )
27 |                                        )
   |                                        )
28 | AARON C. MUELLER, individually and    )
   | as he does business under the trade names )
   |                                        )

| | |
|---|---|
| and styles of AARON MUELLER ARTS and FINDINGS FOR FUSED, and RONDA MUELLER, individually and as he does business under the trade names and styles of AARON MUELLER ARTS and FINDINGS FOR FUSED | ) ) ) ) ) ) ) |
| Counterclaimants, | ) ) |
| vs. | ) ) |
| JEFFREY J. CASTALINE, an individual and sole proprietor d/b/a AANRAKU GLASS STUDIOS, | ) ) ) ) |
| Counterdefendant. | ) |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Counterdefendant, Jeffrey J. Castaline, and Defendants and Counterclaimants, Aaron Mueller, Ronda Mueller, Aaron Mueller Arts, and Findings for Fused, acting through their undersigned attorneys of record in this action stipulate that this action, including, but not limited to, the Complaint, the First Amended Counterclaim, and the Affirmative Defenses of each of the parties are to be dismissed in its entirety with prejudice.

Dated:  March 31, 2010        CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
                              Professional Law Corporation

                              By:      /s/ *John D. Minton*
                                    John D. Minton,
                                    Attorneys for Plaintiff and
                                    Counterdefendant

Dated:  March 31, 2010        BUSINESS & TECHNOLOGY LAW GROUP

                              By:      /s/ *Stephen N. Hollman*
                                    Stephen N. Hollman,
                                    Attorneys for Defendants and
                                    Counterclaimants

//

//

//

1  **[PROPOSED] ORDER**

2  After consideration of the foregoing, IT IS HEREBY ORDERED that this action, including,
3  but not limited to, the Complaint, the First Amended Counterclaim, and the Affirmative Defenses of
4  each of the parties are to be dismissed in its entirety with prejudice.

6  DATED:      April _1_, 2010



Hon. Charles R. Breyer